UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v.<br>Pedro Franco<br>　　　　　Defendant. | CR09-997 PSG<br><br>ORDER [OF DETENTION] [SETTING CONDITIONS OF RELEASE] AFTER HEARING (18 U.S.C. §3148(b):<br>(Allegations of Violation of Pretrial Conditions of Release) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

　　(A)　( )　Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

　　(B)　(✓)　Clear and convincing evidence that the defendant has violated any

1        any other condition of release; and
2  (2)    (A) ✓( )  Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3                   condition or combination of conditions of release that will
4                   assure that the defendant will not flee or pose a danger to the
5                   safety or any other person or the community; or
6        (B) ✓( )   The defendant is unlikely to abide by any condition or
7                   combination of conditions of release.
8  (3)       ( )    There is probable cause to believe that, while on release, the
9                   defendant committed a Federal, State, or local felony, and the
10                  presumption that no condition or combination of conditions will
11                  assure that the person will not pose a danger to the safety of any
12                  other person or the community has not been rebutted.
13                                        OR
14 (4)        ( )   The court finds that there are conditions of release that will
15                  assure that the defendant will not flee or pose a danger to the
16                  safety any other person or the community, and that the
17                  defendant will abide by such conditions.  See separate Order
18                  setting conditions.
19           ( )    It is further ordered that this order is stayed for 72 hours in order
20                  to allow the Government to seek review from the assigned
21                  district judge or criminal duty district judge as appropriate.
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

<u>OR</u>

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED: 7-16-10

_____
UNITED STATES MAGISTRATE JUDGE