FILED
CLERK, U.S. DISTRICT COURT

SEP 2 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 09-0997-PSG |
| Plaintiff, ) | ORDER OF DETENTION |
| ) | |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Pedro Franco, ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central District of California** for alleged violation(s) of the terms and conditions of **his**/her [probation] / **[supervised release]**; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met **his**/her burden of establishing by clear and convincing evidence that **he**/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _absence of verified current residence, and employment, and absence of bail resources, and nature of allegations_

and/or

B. (X) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: defendant's prior criminal history and nature of alleged violations.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/20/13

_[signature]_
UNITES STATES MAGISTRATE JUDGE